US POSTAGE
quadient
FIRST-CLASS MAIL
$000.60
03/06/2023 ZIP 06105
043M31231828

Clerk, United States Bankruptcy Court
157 Church Street, 18th Floor
New Haven, CT 06103